# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR and KATHY DRAGO** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 07-0430-KD-B** |
| | ) |
| **HOLIDAY ISLE, L.L.C., and THE** | ) |
| **MITCHELL COMPANY, INC.,** | ) |
| its manager and sole member, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

By prior order, this case was stayed pending resolution in arbitration (doc. 10). The case remains stayed and closed only for statistical purposes. Also, on October 24, 2008, defendant Holiday Isle, LLC filed a suggestion of bankruptcy wherein the defendant reported that it had filed a petition under Chapter 11 of Title 11 of the United States Code. Accordingly, the parties are **ORDERED** to file a **joint status report** in regard to the status of the arbitration and the bankruptcy on or before **January 9, 2009.**

**DONE** and **ORDERED** this 17th day of December, 2008.

> s / Kristi K DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**