# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR and KATHY DRAGO** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 07-0430-KD-B** |
| ) | |
| **HOLIDAY ISLE, L.L.C., and THE** ) | |
| **MITCHELL COMPANY, INC.,** ) | |
| its manager and sole member, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the court on the status report received January 9, 2009 (doc. 26). The parties report that the arbitration remains stayed because of the bankruptcy of defendant Holiday Isle, LLC and that the parties are scheduled for a status conference next week with the U.S. Bankruptcy Court.

Accordingly, the parties are **ORDERED** to file a **joint status report** in regard to the status of the arbitration and the bankruptcy on or before **March 13, 2009.**

**DONE** and **ORDERED** this 13th day of January, 2009.

 s / Kristi K DuBose  
**KRISTI K. DuBOSE**  
**UNITED STATES DISTRICT JUDGE**